UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUERE-JAMES DORAN,

    Plaintiff,

v.

MARIA RICHARD,

    Defendant.

Case No. 25-cv-03603-JCS

**ORDER TO SHOW CAUSE**

## INTRODUCTION

Petitioner, proceeding without an attorney, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. He seeks correction of his criminal history records due to the fact that his prior state court convictions have recently been expunged. When liberally construed, petitioner has stated a claim for relief. In response to the petition, respondents shall file an answer or a dispositive motion on or before **September 1, 2025**.

Petitioner has consented to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). (Dkt. No. 7.) He has also paid the filing fee.

## BACKGROUND

Petitioner was convicted of unspecified federal crimes in the Eastern District of Missouri. (Pet., Dkt. No. 2 at 1.) He is currently confined at a Bureau of Prison Regional Reentry Center ("RRC") in San Francisco, California. (*Id.*) Two of his prior felony convictions from Solano County were expunged in 2023, and one other was changed to a misdemeanor. (*Id.* at 16.) He requested that RRC and BOP officials correct his "central prison file to reflect these changes in his criminal history, but these requests have been denied. (*Id.* at 4-5, 15-22.)

## DISCUSSION

1  Petitioner allegations that BOP and RRC officials refuse to correct the inaccurate

2  criminal records after he alerted these officials to these inaccuracies. When his allegations

3  are liberally construed, it appears that petitioner has stated cognizable habeas claims under

4  section 2241.

## CONCLUSION

6  1. The clerk shall serve electronically a copy of this order and the United States Magistrate Judge Consent Form upon the respondent and the respondent's attorney, the United States Attorney for the Northern District of California, at the following email addresses: (1) usacan.ecf@usdoj.gov; (2) Michelle.Lo@usdoj.gov; and (3) kathy.terry@usdoj.gov. The petition and the exhibits thereto are available via the Electronic Case Filing System for the Northern District of California. The clerk shall serve by mail a copy of this order on petitioner.

2. On or before **September 1, 2025**, respondents shall file with this Court and serve upon the petitioner an answer responding to the allegations in the petition and showing cause why a writ of habeas corpus should not be issued. Respondents shall file with the answer a copy of all documents that are relevant to a determination of the issues presented by the petition.

3. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon respondents within thirty (30) days after the date the answer is filed.

4. In lieu of an answer, respondents may file, on or before **September 1, 2025, 2024**, a motion to dismiss on procedural grounds. If respondents file such a motion, petitioner shall file with the Court and serve on respondents an opposition or statement of non-opposition within thirty (30) days of the date the motion is filed, and respondents shall file with the Court and serve on petitioner a reply within fifteen (15) days of the date any opposition is filed.

5. Petitioner is reminded that all communications with the Court must be served on respondents by mailing a true copy of the document to respondents' counsel.

6. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondents informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

7. Upon a showing of good cause, requests for a reasonable extension of time will be granted provided they are filed on or before the deadline they seek to extend.

**IT IS SO ORDERED.**

**Dated:** June 10, 2025

JOSEPH C. SPERO
United States Magistrate Judge